IN THE MATTER OF THE PETITION OF THE HACKENSACK MEADOWLANDS DEVELOPMENT COMMISSION AND THE BERGEN COUNTY UTILITIES AUTHORITY FOR INCLUSION OF RATE CHARGES FOR SOLID WASTE DISPOSAL AT THE KINGSLAND LANDFILL IN THE HACKENSACK MEADOWLANDS DISTRICT AVERAGED RATES.

January 13, 1987.

Petition for certification denied.